IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHARLES WELSCH,

    Plaintiff,

v.                                                                        4:06cv346-WS

MONICA DAVID, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 40) docketed January 4, 2008. The magistrate judge recommends that the defendants' motion for summary judgment be granted. The plaintiff has filed no objections to the report and recommendation.

    The court having considered the record, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 40) is ADOPTED and incorporated by reference into this order.

    2. The defendants' motion for summary judgment (doc. 26) is GRANTED.

    3. The clerk shall enter judgment in the defendants' favor.

DONE AND ORDERED this <u>   5th   </u> day of <u>   February   </u>, 2008.


<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE